# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARK D. REID, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4818 |
| | : | |
| NIDIA LUNA, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 18th day of December, 2023, upon consideration of Plaintiff Dr. Mark D. Reid's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum. Nothing in this order precludes Reid from filing his claims in state court.

2. The Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                           BY THE COURT:

                                           /s/ Michael M. Baylson

                                           **MICHAEL M. BAYLSON, J.**